IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL LOCKE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT KAUFFMAN, et al. | : | NO. 15-520 |

<u>ORDER</u>

AND NOW, this 26th day of January, 2016, upon consideration of Daryl Locke's <u>pro se</u> petition for writ of <u>habeas corpus</u> pursuant to 28 U.S.C. § 2254 (docket entry #1), our February 26, 2015 Order referring this matter to the Honorable Sandra Moore Wells for a report and recommendation, Judge Wells' report and recommendation (docket entry #18), and petitioner's <u>pro se</u> objections thereto (docket entry #22), and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1.      Petitioner's objections (docket entry #22) are OVERRULED;

2.      Judge Wells's Report and Recommendation (docket entry #18) is APPROVED and ADOPTED;

3.      Petitioner's <u>pro se</u> petition for writ of <u>habeas corpus</u> (docket entry #1) is DENIED WITH PREJUDICE;

3.      We DECLINE to issue a certificate of appealability; and

4.      The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


<u>/s/ Stewart Dalzell, J.</u>
Stewart Dalzell, J.